UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**CALVIN CHRISTIAN, III,**

      Plaintiff,

v.                                                              Case No. 13-3135

**CITY OF SPRINGFIELD,**

      Defendant.

**REPORT & RECOMMENDATION**

On May 9, 2013, Plaintiff filed a Complaint (#1) alleging various civil rights and State law violations by Springfield Police Officers. Plaintiff's Complaint alleged that the officers maliciously issued traffic citations and arrests over a three year period. Defendants filed a first Motion to Dismiss (#9), which Judge Colin S. Bruce granted in part and denied in part on March 6, 2014. Defendants filed a second Motion to Dismiss (#57), which Judge Colin S. Bruce granted in part and denied in part on October 21, 2014. Thereafter, Defendants filed a Motion to Stay (#63) the case on November 4, 2014. Defendants' Motion alleged that Plaintiff faced prosecution for numerous traffic violations in State court proceedings that were related to the present litigation. The Court denied the Motion to Stay as moot on March 27, 2015, after it was disclosed that the State court proceedings had been resolved.

On April 20, 2015, Plaintiff's counsel filed Plaintiff's Motion to Withdraw as Attorney (#70). The Motion stated that Plaintiff's Counsel had been unable to contact Plaintiff since March 22, 2015. Plaintiff's counsel further noted that irreconcilable differences had arisen between counsel and Plaintiff. The Court initially granted the Motion to Withdraw on May 12, 2015, and directed Plaintiff's counsel to send notice of the Order to Plaintiff's last known address, as well as provide the Court with Plaintiff's last known address. The Court was informed that Plaintiff's counsel never received the directive to send notice of the Order to Plaintiff's last known address because the attorneys were terminated from the case. As a result, the Court vacated the

termination of Plaintiff's Counsel and gave Plaintiff's Counsel additional time to notify Plaintiff of the Court's May 12, 2012 Order.

On July 8, 2015, Plaintiff's counsel filed an amended Motion to Withdraw (#73) and informed the Court that they had complied with the Court's Order to notify Plaintiff and sent notice of Plaintiff's last known address to the Court. The Court granted the motion on July 9, 2015, and terminated Plaintiff's attorneys from the case. Also on July 9, 2015, the Court ordered Plaintiff to show cause why the case should not be dismissed for want of prosecution. Plaintiff did not respond. Plaintiff's last activity in this case was in March 2015, and the Court recommends the case be dismissed for want of prosecution.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 5th day of August, 2015.

                                              s/ERIC I. LONG
                                  UNITED STATES MAGISTRATE JUDGE