UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CALVIN CHRISTIAN, III, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF SPRINGFIELD, )<br>)<br>Defendant. ) | Case No. 13-CV-3135 |

### ORDER

A Report and Recommendation (#75) was filed by Magistrate Judge Eric I. Long in the above cause on August 5, 2015. On that same day, a copy of the report was mailed to Plaintiff's last known address. Judge Long recommended that the case be dismissed for want of prosecution. The parties were instructed to file any objections to the recommendation within fourteen (14) days after being served with a copy of the report. They were also informed that a failure to object would constitute a waiver of objections on appeal. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). The time to object has past, and neither party has filed an objection with this court. Therefore, following this court's careful de novo review of the Magistrate Judge's recommendation and the reasons for it, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#75). This court agrees that this case should be dismissed for want of prosecution.

IT IS THEREFOR ORDERED THAT:

(1) The Report and Recommendation (#75) is accepted by this court.

(2) This case is terminated for want of prosecution.

ENTERED this 25th day of August, 2015

s/COLIN S. BRUCE<br>
U.S. DISTRICT JUDGE